MAR 8 2021 PM 12:35
FILED-USDC-CT-HARTFORD

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Karl L Mitchell,
_____
**Plaintiff,**

v.

State of Connecticut,
and CT DOT **Defendant(s).**

Case No. 3:21-cv-00299 (MPS)

IGA-2019-01872
**(To be supplied by the Court)**

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: 11 Robertson Road
   Cromwell CT 06416

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more
   space is required]: State of Connecticut DOT
   2800 Berlin Turn pike   P.O Box 317546
   Newington   CT   06131 - 7546

3. This action is brought pursuant to [Check all spaces that apply to the type of
   claim(s) you wish to assert against the Defendant(s)]:

   ☐ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et
   seq., for employment discrimination on the basis of race, color, religion, sex, or
   national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. §
   2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g)
   and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

   ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
   et seq., for employment discrimination based upon age. Jurisdiction is alleged
   pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is
   sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

   My Year of Birth is: _____.

☒ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343.  Equitable and other relief is sought under 29 U.S.C. § 794a.

☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer.  Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f).  See 42 U.S.C. § 12117(a).  Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g).  Id.

4.    The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A)   ☒   Failure to hire me.  I was refused a job on the following date(s): ____ July 2019 _____.

(B)   ☐   Termination of my employment.  I was terminated from my employment on the following date: _____.

(C)   ☐   Failure to promote me.  I was refused a promotion on the following date(s): _____.

(D)   ☐   Other acts as specified below: _____

_____

_____

_____

_____

_____

5.      The conduct of the Defendant(s) was discriminatory because it was based upon: race [☐], color [☐], religion [☐], sex [☐], age [☐], national origin [☐] or disability [☒] [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _____

_____ See    attached _____

6.      The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

_____

_____ See    attached _____

_____

_____

_____

_____

_____

_____

7.      The approximate number of persons who are employed by the Defendant employer I am suing is: More than 15

8.      The alleged discrimination occurred on or about the following date(s) or time period: _____ July 2019 _____.

9.      I filed charges with the:

☒   Equal Employment Opportunity Commission

☒   Connecticut Commission on Human Rights and Opportunities

10.     The Equal Employment Opportunity Commission issued a Notice of Right to Sue

letter **(copy attached)**, which I received on or about the following date: ___12 | 8 | 20 20___

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of

the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so

may result in delaying consideration of your claim(s).]

11.      The EEOC or the CHRO determined that there was no probable cause to believe

that  discrimination occurred.  My reasons for questioning that determination are as

follows [Attach additional sheets, if necessary]: _____

_____

_____

_____

12.     If relief is not granted, I will be irreparably denied rights secured under the law(s)

referred to in Item Number 3, above.

13.     WHEREFORE, Plaintiff(s) pray(s) that:  The Court grant such relief as may be

deemed appropriate, including [**NOTE:**  While all of the forms of relief listed below may

not be available in a particular action, you should place a check next to each form of

relief you seek.):

☐   Injunctive orders (specify the type of injunctive relief sought): _____

_____;

☐   Backpay;

4

☐   Reinstatement to my former position;

☒   Monetary damages (specify the type(s) of monetary damages sought): __

_____ ;

☐   Other (specify the nature of any additional relief sought, not otherwise

provided for on this form): _____

_____ ;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby   DO ☐   DO NOT ☒ demand a trial by jury.

| Original signature of attorney (if any) | **Plaintiff's Original Signature** |
|---|---|
| | *Karl Mitchell* |
| Printed Name and address | Printed Name and address |
| Need Attorney | Karl Mitchell |
| | 11 Robertson Rd Cromwell 06416 |
| ( ) | (88) 690 0195 |
| Attorney's telephone | Plaintiff's telephone |
| | KarlMitchell 79 @ outlook.com |
| Email address if available | Email address if available |

Dated: _3/5/2021_

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.

                       (location)                         (date)

**Plaintiff's Original Signature**

(Rev. 3/23/16)

6