From: **HOLLY SHABAZZ** HOLLY.SHABAZZ@eeoc.gov
Date: **Feb 3, 2021 at 1:13:29 PM**
To: **karlm79@icloud.com**

Attached please find instructions on filing a lawsuit and lawyer referral.  Thank you.

## FACTS ABOUT FILING AN EMPLOYMENT DISCRIMINATION SUIT IN FEDERAL COURT IN THE STATE OF CONNECTICUT

You have received a document which is the final determination or other final action of the Commission. This ends our handling of your charge. The Commission's action is effective upon receipt. Now, you must decide whether you want to file a private lawsuit in court. This fact sheet answers several commonly asked questions about filing a lawsuit.

### WHERE SHOULD I FILE MY LAWSUIT?

Federal District Courts have strict rules concerning where you may file a suit. You may file a lawsuit against the respondent (employer, union, or employment agency) named in your charge. The appropriate court is the district court which covers either the county where the respondent is located or the county where the alleged act of discrimination occurred. A lawsuit can be filed at the following U.S. District Court locations in Connecticut.

- The **United States District Courts for the District of Connecticut** are located at:

  - The Abraham Ribicoff Federal Building, 450 Main Street, Hartford, Connecticut 06103, or by contacting the Clerk of the Court Office at (860) 240-3200
  - 141 Church St., New Haven, Connecticut 06510, or by contacting the Clerk of the Court Office at (203) 773-2140
  - The Brien McMahon Federal Building, 915 LaFayette Blvd., Bridgeport, Connecticut 06604, or by contacting the Clerk of the Court Office at (203) 579-5861

### WHEN MUST I FILE MY LAWSUIT?

Your private lawsuit **must** be filed in U.S. District Court within **90 days** of the date you receive the enclosed final action. Once this 90 day period is over, unless you have filed suit, you will have lost your right to sue.

### DO I NEED A LAWYER?

No, you do not need a lawyer to file a private suit. You may file a complaint in federal court without a lawyer which is called a pro se complaint. Every district court has either a clerk or staff attorney who can assist you in filing pro se. To find out how to file a pro se complaint, contact the clerk of the court having jurisdiction over your case who can advise you of the appropriate person to assist you and of the procedures to follow, which may vary from district to district.

You may, however, wish to retain a lawyer in order to adequately protect your legal rights. Whether you retain a private attorney, or file pro se, you must file your suit in the appropriate court within 90 days of receiving this mailing.

### WHAT IF I WANT A LAWYER BUT CAN'T AFFORD ONE?

If you can't afford a lawyer the U.S. District Court which has jurisdiction may assist you in obtaining a lawyer. You should consult with the office of the district court for specific instructions on how to seek counsel.

Generally, the U.S. District Court charges a $400.00 filing fee to commence a lawsuit. However the court may waive the filing fee if you cannot afford to pay it. You should ask the office of the District Court for information concerning the necessary procedure to request that the filing fee be waived.

### HOW CAN I FIND A LAWYER?

These are several attorney referral services operated by bar or other attorney organizations which may be of assistance to you in finding a lawyer to assist you in ascertaining and asserting your legal rights.

| | |
|---|---|
| American Bar Association | (312) 988-5522 |
| The Connecticut State Bar Association | (860) 223-4400 |
| National Employment Lawyers Association Referral Service | (212) 819-9450 |

Your County, City or Municipal Lawyers or Bar Association may also be of assistance.

### HOW LONG WILL THE EEOC RETAIN MY CASE FILE?

Generally, the Commission's rules call for your charge to be destroyed after 2 years from the date of a no cause determination or six months after other types of final actions. If you file a suit, and wish us to retain your file for more than the normal retention period, you or your attorney should forward a copy of your court complaint to this office within 10 days after you file suit. IF YOU FILE SUIT YOU OR YOUR ATTORNEY SHOULD ALSO NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:   **Karl Mitchell**
       **11 Robertson Road**
       **Cromwell, CT 06416**

From:   **New York District Office**
         **33 Whitehall Street**
         **5th Floor**
         **New York, NY 10004**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No |
|---|---|---|
| **16A-2019-01872** | **Holly M. Shabazz,** **State & Local Program Manager** | **(929) 506-5316** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Judy A. Keenan*                                               Dec 08, 2020

Enclosures(s)

**Judy A. Keenan,**
**District Director**

*(Date Mailed)*

cc:

**Attn: Director of Human Resources**
**DEPARTMENT OF TRANSPORTATION**
**2300 Berlin Turnpike**
**P.O. Box 316546**
**Newington, CT 06131**

**Scott E. Schaffer, Esq.**
**SCHAFFER LAW, LLC**
**50 Bainton Road**
**West Hartford, CT 06117**

    **STATE OF CONNECTICUT**
DEPARTMENT OF TRANSPORTATION    

2800 BERLIN TURNPIKE, P.O. BOX 317546
NEWINGTON, CONNECTICUT 06131-7546

Phone: (860)594-2163

December 13, 2019

Mr. Ronald Simpson
Regional Manager
Commission on Human Rights and Opportunities
Capitol Region Office
450 Columbus Boulevard, Suite 2
Hartford, CT 06103

Re:    Karl Mitchell v Department of Transportation
       CHRO No.  2010160

Dear Mr. Simpson:

This is the response of the Department of Transportation ("Respondent") to a complaint filed on September 25, 2019 by Karl Mitchell ("Complainant") in which he alleges that he was denied reasonable accommodation on the basis of a disability on or about July 22, 2019 and was not hired on or about July 22, 2019. He believes that his physical disability (Cancer) was in part a reason in this action.  Complainant believes that the Respondent violated the following: Connecticut General Statutes §§ 46a-60 (a) (1), 46a-60 (a) (5) and the Americans with Disabilities Act, 42 U.S.C. 12101 et seq.

## AFFIDAVIT IN RESPONSE TO CHRO COMPLAINT:

1.    My name is Karl Mitchell and I reside at 11 Robertson Road, Cromwell, Connecticut 064 I6.

      **Respondent can neither admit nor deny this allegation as it has no personal knowledge of Complainant's residence; so, Respondent leaves Complainant to his proof.  Respondent notes for the record that the address listed in this allegation is consistent with the address shown on Complainant's application.**

2.       Complainant is represented by Attorney Scott E. Schaffer, Schaffer Law, LLC, 50 Bainton Road, West Hartford, Connecticut 06117.

         **Admit.**

3.       Respondent is the State of Connecticut, Department of Transportation, which is located at 2800 Berlin (sic), Connecticut 06131-7546.

         **Respondent denies this allegation and notes for the record that the correct address for the Connecticut Department of Transportation is 2800 Berlin Turnpike, P. O. Box 317546, Newington, Connecticut 06131-7546**

4.       Respondent employs 15 or more employees.

         **Admit.  Respondent notes for the record that it presently has approximately 2850 employees.**

5.       In February 2000 I was diagnosed with brain cancer, which required surgeries, treatment and physical therapy.

         **Respondent can neither admit not deny this allegation as it has no information regarding Complainant's medical history; so, Respondent leaves Complainant to his proof.**

6.       As a result of my cancer, I am physically disabled.

         **Respondent can neither admit not deny this allegation as it has no information regarding Complainant's medical history; so, Respondent leaves Complainant to his proof regarding the cause of any physical disability.**

7.       Evidence of my disability is visually apparent, as beginning in June 2004 I began using, and continue to regularly use, a walker for mobility assistance.

         **Respondent can neither admit not deny this allegation as it has no information regarding Complainant's medical history; so, Respondent leaves Complainant to his proof regarding the beginning date and frequency of his use of a walker.**

8.  Also, I am unable to drive a vehicle because of my physical disability.

    **Respondent can neither admit not deny this allegation as it has no information regarding Complainant's medical history; so, Respondent leaves Complainant to his proof regarding the reason he is unable to drive a vehicle.**

    **Respondent notes for the record that it accepts Complainant's word that he is unable to drive a vehicle or obtain a driver's license.**

9.  I also suffer from poor depth perception, have difficulty with balance, and have delayed reaction times.

    **Respondent can neither admit not deny this allegation as it has no information regarding Complainant's medical history; so, Respondent leaves Complainant to his proof regarding his suffering from poor depth perception, having difficulty with balance and having delayed reaction times.**

10. On or about May 29, 2019, Respondent posted a job opening announcement for three (3) Transportation Planner I positions, (Recruitment# 190528-8875FS-00I). Complainant Exhibit 1.

    **Admit.**

    **Respondent notes for the record that these three (3) Transportation Planner 1 (TP1) positions are not the position for which Complainant was interviewed on July 22, 2019 as referenced below in Allegation #15 to Allegation #24.  (See CCT, Target Class: TP1, Recruitment #190517-1993FS-001, Position #29738 in the Office of Strategic Planning and Projects, Intermodal Planning Unit attached as Exhibit A.) (See also Recruitment #190517-1993FS-001 Applicant List attached as Exhibit B.)**

11. The job announcement listed a special requirement-Incumbents in this class **may** be required to possess and retain a valid Motor Vehicle Operator's license. **(emphasis added)**

    **Respondent denies this allegation as the CCT position for which Complainant was interviewed on July 22, 2019 did not list a special requirement that incumbents may be required to possess and retain a valid Motor Vehicle Operator's license. (See Exhibit A.)**

12.     On or about June 10, 2019, I completed an online application for the positions after Eric D. Smith, EEO Director, Office of EEO and Diversity, CT Department of Transportation, suggested I do so because he thought the job may be a good fit for my skills and abilities. Complainant Exhibit 2.

**Respondent can neither admit nor deny the portion of this allegation that states "[o]n or about June 10, 2019 … for the positions" because Respondent does not know the precise date that Complainant filed his various applications; so, Respondent leaves Complainant to his proof.**

**Respondent denies the remainder of this allegation as Eric Smith (Smith) corresponded with Complainant by email and in response to Complainant's questions but did not "suggest" Complainant apply "because he (Smith) thought the job may be a good fit for my skills and abilities."  (See email from Smith to Complainant dated June 10, 2019 attached as Exhibit C.)**

13.     I had been in regular contact with Mr. Smith over a period of months after meeting him through my participation in the Governors (sic) Committee on Employment of People with Disabilities.

**Respondent denies this allegation as Smith never met Complainant until he appeared for his interview on July 22, 2019 and there has not been regular contact between Complainant and Smith.**

**Respondent notes for the record that there have been some email correspondence between Complainant and Smith.  (See emails between Complainant and Smith attached as Exhibit D.)**

14.     Based on my application I was contacted for an interview.

**Admit.**

15.     I was interviewed for the positions on or about July 22, 2019.

**Respondent admits that Complainant was interviewed on July 22, 2019 but denies the interview was for multiple positions as referenced in Allegation # 10 above.**

**Respondent notes for the record that Complainant's interview on July 22, 2019 was for a Connecticut Careers Trainee (CCT) (Engineering and Related) Position with Target Class of Transportation Planner 1 (TP1).**

16.   Respondent's managers interviewing me on July 22, 2019 were the hiring manager, Melanie Zimyeski, another manager, Patrick Z (full last name unknown), and Eric D. Smith.

**Respondent denies this allegation because neither Melanie Zimyeski (Zimyeski) nor Patrick Zapatka (Zapatka) are managers.  Respondent notes for the record that Zimyeski is a Transportation Supervising Planner (TSP) and Zapatka is a Transportation Planner 2 (TP2) which means that both of these employees are union members with some supervisory responsibilities.**

**Respondent also denies this allegation because Smith who is a manager, as Director of the Office of Equal Opportunity and Diversity (OEOD), was not on the interview panel held on July 22, 2019 but served as a witness from the OEOD.**

**Respondent notes for the record that the entire interview process in which Complainant participated on July 22, 2019 was withdrawn from use for the purpose of selecting the successful candidate to hire as the CCT with Target Class of TP1.  Respondent further notes for the record that all documents and notes from the interview panel that interviewed Complainant and the other candidates on July 16, 17, 18 and 22, 2019 were placed in a confidential file unavailable to any employees of the Bureau of Policy and Planning.  A new interview panel consisting of two (2) different employees from the Bureau of Policy and Planning was created using redrafted interview questions and a new interview schedule established.  Due to Respondent's concerns regarding the initial interview panel process, Respondent determined to create a new interview panel so that the second panel would interview all candidates with fresh eyes and without any preconceptions.**

17.   During the interview, I answered questions regarding my education and work experience.

**Admit.  Respondent notes for the record that Complainant's interview of July 22, 2019 was treated the same as all the interviews conducted by the First Interview Panel and Complainant was interviewed by the newly constituted Second Interview Panel.  Please also refer to the third responsive paragraph to Allegation #16.**

18.   Toward the end of the interview, I was told that the position **required** a driver's license, even though the announcement stated that it **may** be required.

**an independent Second Interview Panel.  Please also refer to the responses to Allegations #16 and #17.**

19.   I explained that while I did not possess a driver's license due to my physical disability, I could meet any job-related travel requirements by using transportation services such as Uber or Lyft.

**Respondent discarded the First Interview Panel results and replaced with an independent Second Interview Panel.  Please also refer to the responses to Allegations #16 and #17.**

20.   Respondent's manager, Patrick Z., immediately dismissed my suggestion, and instead stated "those services do not drive down dirt roads."

**Respondent discarded the First Interview Panel results and replaced with an independent Second Interview Panel.  Please also refer to the responses to Allegations #16 and #17.**

21.   Nothing in the job announcement indicates that driving, let alone driving down dirt roads, is an essential job function.

**Admit.**

22.   Even if it is, Respondent failed to explore or discuss any reasonable accommodations that would permit me to meet any work-related travel requirements.

**Respondent discarded the First Interview Panel results and replaced with an independent Second Interview Panel.  Please also refer to the responses to Allegations #16 and #17.**

**Respondent notes for the record that Interview Panels do not conduct the interactive process during interviews and such process is handled by the Office of Human Resources once a new hire or employee applies for an ADA accommodation to accomplish the essential functions of the job position.**

23.   Respondent failed to engage in the interactive process required under the ADA and CFEPA once an applicant requests a reasonable accommodation.

**Respondent denies this allegation since Complainant did not ask for a reasonable accommodation to aid him in participating in the interview process.**

**Respondent notes for the record that Interview Panels do not conduct**

**by the Office of Human Resources once a new hire or employee applies for an ADA accommodation to accomplish the essential functions of the job position.**

24. Based on my lack of a driver's license, the interview ended, and I was no longer considered for the opening.

    **Respondent denies this allegation and notes for the record that Respondent redid the interview process to afford Complainant a fair interview and made sure the events of the First Interview Panel were not repeated.**

    **Respondent discarded the First Interview Panel results and replaced with an independent Second Interview Panel.  Please also refer to the responses to Allegations #16 and #17.**

25. I am qualified to perform the essential functions of the job applied for, with or without reasonable accommodations.

    **Respondent admits this allegation to the extent that Complainant's application as vetted by the Office of Human Resources met the minimum requirements to be interviewed for the CCT position, Target Class TP1 and was so interviewed.**

26. I believe Respondent discriminated against me because of my physical disability by failing to hire me for one of the three (3) available vacancies for which I am qualified.

    **Respondent can neither admit nor deny this allegation because it consists of Complainant's beliefs; so, Respondent leaves Complainant to his proof.**

    **To the extent that Complainant is alleging that Respondent discriminated against Complainant because of a physical disability by failing to hire him, Respondent denies such allegation.**

    **Respondent also notes for the record that the position Complainant interviewed for on July 22, 2019 was a single position as a CCT, Target Class TP1.**

27. I also believe Respondent discriminated against me for requesting a reasonable accommodation, and by failing to engage in the interactive process, or offering a reasonable accommodation that would permit me to perform the essential functions of the job.

    **Respondent can neither admit nor deny this allegation because it consists**

**Respondent notes for the record that Interview Panels do not conduct the interactive process during interviews and such process is handled by the Office of Human Resources once a new hire or employee applies for an ADA accommodation to accomplish the essential functions of the job position.**

**Respondent notes for the record that it discarded the First Interview Panel results and replaced with an independent Second Interview Panel. Please also refer to the responses to Allegations #16 and #17.**

28.  I therefore charge Respondent with discrimination based on my physical disability, and with failure to reasonably accommodate my physical disability.

**Respondent denies this allegation.**

29.  I also individually charge Respondent's three managers, listed in paragraph 16 above, with aiding and abetting Respondent in its discriminatory practices.

**Respondent denies this allegation in that there were not three (3) managers as listed in Allegation #16; Respondent has not discriminated against Complainant; and First Interview Panel and witness to the First Interview Panel have not aided and abetted Respondent in any discriminatory practice.**

30.  As a result of Respondent's, and its agents' discriminatory conduct, I have suffered economic and emotional harm which continues to be present, and I request all damages that I may be entitled to under the relevant statutes.

**Respondent denies this allegation and notes again for the record that it took proactive action to ensure a fair interview process. Respondent notes for the record that it discarded the First Interview Panel results and replaced with an independent Second Interview Panel. Please also refer to the responses to Allegations #16 and #17.**

**Respondent respectfully reserves the right to supplement this response.**

Sincerely yours,

Paula Jean Yukna
Attorney at Law

## EMPLOYMENT - SCHEDULE A

### Request for Information

CHRO Case No. 2010160 Karl Mitchell v. Department of Transportation

1.  State the full legal name of the Respondent.

    **State of Connecticut, Department of Transportation**

2.  State the proper address of the Respondent's facility where the complainant alleges that an act or acts of discrimination occurred.

    **Department of Transportation**
    **2800 Berlin Turnpike**
    **P.O. Box 317546**
    **Newington, CT 06131-7546**

3.  If the Respondent is incorporated, indicate under what state's laws it is incorporated.

    **N/A**

4.  If the Respondent is incorporated, state the address of Respondent's corporate headquarters.

    **N/A**

5.  State the name and address of Respondent's agent for service.

    **Paula Jean Yukna**
    **Office of Legal Services**
    **Department of Transportation**
    **P.O. Box 317546**
    **Newington, CT 06131-7546**
    **Telephone Number: (860) 594-2163**
    **Fax Number: (860) 594-3036**
    **E-mail Address: paulajean.yukna@ct.gov**
    **And C/O E-mail address: ellen.massa@ct.gov**

6.    If the Respondent is currently the subject of bankruptcy proceedings, or has been the subject of bankruptcy proceedings during the past three years provide documentation of the current status of such proceedings.

      **N/A**

7.    State the name, title and address, telephone number, fax number, and e-mail address if available of the individual to be contacted for further information in this matter.  This person should be an employee of Respondent.

      **Attorney Paula Jean Yukna**
      **Agency Designee for Attorney General**
      **Department of Transportation**
      **P.O. Box 317546**
      **Newington, CT 06131-7546**
      **Telephone Number: (860) 594-2163**
      **Fax Number: (860) 594-3036**
      **E-mail Address: paulajean.yukna@ct.gov**

      **Ellen Massa**
      **Department of Transportation**
      **Office of Legal Services**
      **P.O. Box 317546**
      **Newington, CT 06131-7546**
      **Telephone Number: (860) 594-3058**
      **Fax Number: (860) 594-3036**
      **Email Address: ellen.massa@ct.gov**

8.    Separately state the number of Respondent's employees in Connecticut and at the facility where the complainant alleges that the discriminatory conduct occurred.

      **Statewide – approximately 2850**
      **Newington – approximately 1300**

9.    Submit a response, in "admit," "deny" format, to each allegation of the complaint. For each allegation that is denied, submit a statement that sets forth the facts upon which you rely in your denial.  Please submit any and all documents and written statements of your witnesses or participants to support your position.

      **See attached Affidavit in Response to CHRO Complaint.**

10.   Submit copies of all written rules, policies, and procedures relating to the issue(s) raised in the complaint.  If these are not in writing, explain the rules, policies, and procedures.

**Copies of relevant policies and procedures attached as Exhibit E.**

11.   If the Complainant was discharged, disciplined, or subject to any other adverse employment decision, submit the following information:

**N/A**

(a)   Date complainant was advised of the act complained of;

(b)   Explain in detail the reason(s) for the act taken;

(c)   Identify the person(s) recommending the action(s) at issue, including name, position held, and sex;

(d)   Identify the person(s) making the final decision, including name, position held, and sex;

(e)   Provide a copy of any evaluation(s) or investigative report(s), and all other relevant documents relating to the act;

(f)   Provide a list of all employees who committed the same or substantially similar offense(s) that the complainant committed, and the disciplinary action taken against each of them.  Supply backup documentation for the listed employees.  Identify each employee by name, position held, and sex.  Identify the person(s) making the final decision, including name, position held, and sex;

(g)   List all employees discharged or who received the same discipline as the complainant within the past two years.  For each employee listed, include employee's name, position held, reason for and date of discipline, and sex.  Provide a copy of the discipline or separation notice for each person.  Identify the person(s) making the final decision, including name, position held, and sex;

12.   If the Complainant was denied a promotion or not hired, provide the following information:

**At present, the hiring decision for this CCT, Target Position TP1 has not been completed since a Second Interview Panel conducted a second set of interviews.**

(b)    Describe the job at issue, indicating the qualifications sought.  Provide a copy of the written job description, as well as a copy of any advertisements or internal postings for the position at issue;

(c)    Provide applications and resumes for all applicants for the position. Identify the successful candidate(s) by name and sex;

(d)    Explain why complainant was not selected, and why the successful candidate(s) was selected;

(e)    Provide other examples of promotions or hire for similar positions.  Identify the individual promoted or hired by name and sex;

(f)    Identify by all individuals holding the same title as the position sought by the complainant;

(g)    Identify the person(s) recommending the action(s) at issue, including name, position held, and sex;

(h)    Identify the person(s) making the final decision, including name, position held, and sex;

13.    If this complaint alleges a failure to hire, failure to promote, demotion or termination of employment, provide the rate(s) of pay for the position(s) at issue.

**See Rate of Pay attached as Exhibit F.**

14.    If this complaint involves a claim of physical disability, did you make any attempts to reasonably accommodate the disability at issue?  If so, please detail them.

**See Affidavit in Response to CHRO Complaint.**

15.    Provide any other information and/or explanation you deem relevant to this complaint and any other information which will assist the Commission in reaching a decision in this matter.

STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

OATH

State of Connecticut
                                        Newington
County of Hartford

Personally appeared Paula Jean Yukna, Agency Designee, and made oath to the truth to the best of her knowledge and belief of the matter contained in the foregoing response to the amended complaint before me on the 13th  day of December 2019.

Paula Jean Yukna
Agency Designee

Amy L. Ravitz
Commissioner of Superior Court

<u>**CHRO CASE NO. 2010160**</u>
<u>**TABLE OF EXHIBITS**</u>

A. **CCT, Target Class: TP1, Recruitment #190517-1993FS-001, Position #29738 in the Office of Strategic Planning and Projects, Intermodal Planning Unit;**
B. **Recruitment #190517-1993FS-001 Applicant List;**
C. **Email from Smith to Complainant dated June 10, 2019;**
D. **Emails between Complainant and Smith;**
E. **Copies of relevant policies and procedures; and**
F. **Rate of Pay**

## STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION

## CERTIFICATION OF MAILING FORM

CHRO CASE NO. 2010160
KARL MITCHELL v. CONNECTICUT DEPARTMENT OF TRANSPORTATION

I hereby certify that I served a copy of the enclosed documents by email to the Complainant or his attorney named below:

Scott E. Schaffer, Esq.
**Email: scott@schaffer-law.com**

Signed: *Paula Jean Yukna*      Date: *12/16/2019*
Paula Jean Yukna

Respondent's Certification Form



Connecticut's Official
State Website

Connecticut State
# Department of Administrative Services

# Connecticut Careers Trainee
# (Engineering And Related ) (40 Hour)

**Target Class: Transportation Planner 1**

**Recruitment #190517-1993FS-001**

| | |
|---|---|
| Location | Newington, CT |
| Date Opened | 5/18/2019 12:00:00 AM |
| Salary | $46,789 - $64,403/year |
| Job Type | Open to the Public |
| Close Date | 5/23/2019 11:59:00 PM |

# INTRODUCTION





EXHIBIT

*A*

*5 PAGES*

The State of Connecticut Department of Transportation (DOT), Bureau

team.

This Unit plays a critical role in transportation project development. This unit is responsible for performing studies on all modes of transportation, and overseeing the Community Connectivity program. The transportation modes include bike, pedestrian, transit, highway, maritime, and freight. This Unit produces corridor wide needs assessments and alternatives analysis for all modes of transportation, and develops near and long term implementation plans that can guide Connecticut's transportation infrastructure improvements over the next 20 years. This unit generates comprehensive, statewide planning documents along with corridor and regional transportation studies. This Unit also performs project management, reviews and comments on engineering design plans for bicycle and pedestrian elements, and conducts Road Safety Audits to identify safety issues and counter-measures to improve safety and reduce crashes. This Unit works closely with other Bureaus within the Department and with local, State and Federal partners. This involves reviewing, synthesizing, and summarizing state and federal regulatory documents, extensive public speaking, and the presentation of materials to the public, local elected officials, and stakeholders.

## SELECTION PLAN

In order to be considered for this job opening, you must meet the Minimum Qualifications and the Preferred Qualifications as listed on the job opening. You must specify your qualifications on your application.

Applicants must include a resume within the "Resume Tab" of their application. Ensure that your application is complete before submitting it. Applicants will be unable to make revisions once their application is submitted into the JobAps system.

Interviews will be limited to candidates whose experience and training most closely meet the requirements of the position.

Due to the volume of applications anticipated, we are unable to provide confirmation of receipt or status during the recruitment process. Updates will be provided through your JobAps portal account.

# PURPOSE OF JOB CLASS (NATURE OF WORK)

In a state agency this class is accountable for mastering the skills necessary to satisfactorily complete the training program for a professional position.

# EXAMPLES OF DUTIES

Prepare written materials, graphic design, maps, assemble and summarize data in narrative, statistical and graphic formats, and create charts, all in a manner that communicates complex information effectively. Provide project management support including analysis, drafting, reviewing invoices, accounting materials, and draft planning documents prepared by consultants and other staff. Additional duties includes assisting in the preparation of grants, including supporting materials; creating and maintaining databases.

# KNOWLEDGE, SKILL AND ABILITY

Oral and written communication skills; ability to acquire knowledge and skills required for the target classification; ability to understand, evaluate and solve problems by exercising judgement and logic; ability to read, interpret and understand written material; ability to perform basic arithmetical computations; ability to interpret charts, graphs and tables; learning and reasoning ability; ability to establish and maintain cooperative relations with superiors, associates and general public; ability to utilize computer software.

# MINIMUM QUALIFICATIONS

Possession of a Bachelor's or Master's degree.

NOTE:

1. If the target job classification has a Substitution Allowed that requires the Bachelor's or Master's degree to be in a specific area(s), then these specific degree areas are required for appointment to

# PREFERRED QUALIFICATIONS

Candidates with the following degrees are preferred: Civil engineering, Mathematics, transportation, urban, or regional planning.

In addition to the degree areas listed above, preferred knowledge, experience and skills include: transportation planning tools, concepts and issues; Geographic Information Systems (GIS), graphic design software, statistical analysis software, database design and maintenance, and a working knowledge of Microsoft Office Suite of tools. Strong oral and written communication skills are essential. Ability to work collaboratorily in inter-disciplinary teams; ability to manage multiple concurrent priorities while meeting deadlines; considerable organizational skills; knowledge of Department organization.

# CONCLUSION

AN AFFIRMATIVE ACTION/EQUAL OPPORTUNITY EMPLOYER

The State of Connecticut is an equal opportunity/affirmative action employer and strongly encourages the applications of women, minorities, and persons with disabilities.

**Click on a link below to apply for this position:**

| Fill out the Supplemental Questionnaire and Application NOW using the internet. | ✓ Apply Online |
|---|---|

E-mail | Phone: (860) 713-5205 | 8am - 5pm M-F | Powered by Jobaps

Policies   Accessibility   About CT   Contact & Help   Social Media   For State Employees

© 2019 CT.GOV | Connecticut's Official State Website

| | Req Class Title | Interview Date | EasyID | Ap First Name | Ap Last Name | Ethnicity | Is Hispanic | Gender | Cert Action |
|---|---|---|---|---|---|---|---|---|---|
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | adj-63-6980 | stephen | Adjei | BA | N | M | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Aga-54-8672 | Anish | Agawane | AP | N | M | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | AGB-50-8336 | Kouma | Agbobli | BA | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | And-10-8876 | Deborah | Rowe | W | N | F | SI |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Asr-06-4267 | Alemayehu | Asres | BA | N | M | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Cha-56-4002 | William | Champagne | W | N | M | SI |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Col-35-6954 | Caitlin | Coleman | W | N | F | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Cor-12-5586 | Darnell | Cordova | U | Y | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Dei-69-4629 | Tyler | Deierhoi | W | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Fan-37-8310 | Yu | Fan | AP | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Gab-42-6944 | Todd | Gabriel | W | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Gau-72-2551 | Alynn | Czako | W | N | F | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Gay-22-3897 | Justin | Gaysowski | AP | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Gei-61-5323 | Edward | Geiger | TW | N | M | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Gel-55-3022 | Eric | Gell | W | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Gre-93-7413 | Benjamin | Greenberg | W | N | M | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Hen-10-7108 | Andrew | Hendrickson Jr. | W | N | M | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Hod-06-0883 | Brenna | Hodges | W | N | F | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Kat-71-8718 | Katherine | Jusino | W | Y | F | NPC |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | kli-73-9487 | Kevin | Klimas | U | U | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | kor-47-9991 | nickolas | korenkieiwcz | W | N | M | SI |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Kot-58-5219 | Jonathan | Kot | W | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Kre-12-5183 | Daniel | Kresel | TW | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Lam-41-7796 | Jani | Lame | W | N | M | SI |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Law-66-7453 | Altia | Lawrence-Bynum | BA | N | F | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | LeB-04-4505 | Thomas | LeBlanc | W | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Lev-40-1567 | SallyAnn | Levenduski | W | N | F | SI |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Liz-81-7870 | Justin | Lizon | W | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | McG-79-5890 | Andrew | McGaw | W | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Mit-74-8171 | Karl | Mitchell | W | N | M | SI |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Nap-16-5338 | Tyler | Napper | BA | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Nat-59-6018 | Natalie | Sussan | W | N | F | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Nig-37-3811 | John | Nigri | W | N | M | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | oku-70-0658 | cornelius | okumu | BA | N | M | SI |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Pat-96-6686 | Lynwood | Patrick | BA | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | PEN-77-9436 | Erin | Pence | U | U | F | SI |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Pet-18-5007 | Scott | Petit | W | N | M | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Pin-68-2119 | Shamille | Pinnock | BA | N | F | NPC |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Rus-62-9009 | John | Russell | W | N | M | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Sah-42-3493 | Ahmad | Sahar | W | N | M | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Sam-69-8770 | Samantha | Stoddard | W | N | F | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | She-31-7254 | Noelle | Shepard | W | N | F | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | sou-80-5805 | Peyton | Soucy | W | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Sti-06-5488 | Jeffrey | Stickles | W | N | M | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | tra-24-8136 | Don | Tran | AP | N | M | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | tur-42-8121 | Christina | Turner | W | N | F | SI |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | vil-97-8178 | Kristi-Lyn | Sadosky | TW | Y | F | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Wal-40-6948 | Alaysha | Walker | BA | Y | F | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Wat-14-0429 | Derek | Watson | W | N | M | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Whi-42-3509 | Callie | Ditzion | W | N | F | NPC |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | whi-54-4998 | LaTonya | Brooks | BA | N | F | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | wil-98-4438 | Sebrina | Wilson | BA | N | F | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | Yar-11-9981 | Feruza | Yarmuhamedova | AP | N | F | NS |
| S-001 | Connecticut Careers Trainee (Engineering And Related) (40 Hour) | null | You-22-8165 | Michael | Young | TW | N | M | NPC |

**Smith, Eric D.**

| | |
|---|---|
| **From:** | Smith, Eric D. |
| **Sent:** | Monday, June 10, 2019 8:46 AM |
| **To:** | 'karlm79@icloud.com' |
| **Subject:** | RE: Irony |

Good morning Karl,
I see two Transportation Planner 1 postings on the Jobaps website, one closes today and the other closes 6/15.  If you believe you meet the requirements and are applying I will keep a copy of the posting number.  You seem to be missing a digit; I believe the posting you are referencing is #190528-8875FS-001.  FYI, both may have the driver's license requirement and travel.

Best Regards,
Eric

Eric D. Smith
Equal Employment Opportunity Director
Office of Equal Opportunity & Diversity
CT Department of Transportation
2800 Berlin Turnpike
Newington, CT 06331
Tel. (860) 594-2211
Fax: (860) 594-3060

-----Original Message-----
From: karlm79@icloud.com <karlm79@icloud.com>
Sent: Monday, June 10, 2019 8:29 AM
To: Smith, Eric D. <Eric.D.Smith@ct.gov>
Subject: Irony


Eric last night I saw a job transportation planner 1 job #190528-885FS-001 in transit and rideshare division I applied and this is perfect for me. Please verify? It closes tonight Respectfully, Karl Mitchell

**Smith, Eric D.**

| | |
|---|---|
| **From:** | Karl Mitchell <karlm79@icloud.com> |
| **Sent:** | Tuesday, May 21, 2019 9:25 AM |
| **To:** | Smith, Eric D. |
| **Subject:** | Failure to comply with ADA! |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Eric Smith;

Hello Sir, Thank you for reading my letter and I am sorry that it has come to this point.

My name is Karl Mitchell. I have been a member of GCEPD since April of last year and have unfortunately been disabled since 2000, my junior year in college. Despite me being an advocate and a person, who has been "active." Certain members of the CTDOT and CT Equality Office have refused to extend the ADA and it's protection, to me .

I do not know, if it's ignorance, stupidity or laziness or down right discrimination, but as an individual who was nominated to the United States Air Force Academy, out of high school by Senator Dodd (D-CT) I feel that I should do everything I can before filing a Complaint with the EEOC.

The facts are :

1) I am disabled
2) I have a BS in Engineering
3) I have a very spotty employment history.
4) I am a very active, dedicated, moral and logical person.

I have applied to multiple Engineering Trainee Career positions with the CTDOT and despite being "referred" based on education am always being passed over for "Better Suited Applicants."

I respectfully ask that you make sure that the full coverage of the ADA be granted to me for a position, that I most recently applied Connecticut Careers Trainee ( Engineering and Related) (40 hour) #190509-1993FS-001. I will be waiting, your response.

Respectfully, Karl Mitchell

**Smith, Eric D. (EEO)**

| | |
|---|---|
| **From:** | Karl Mitchell <karlm79@icloud.com> |
| **Sent:** | Tuesday, May 21, 2019 10:00 AM |
| **To:** | Smith, Eric D. |
| **Subject:** | Failure to Comply with ADA |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mr. Eric Smith;

My name is Karl Mitchell, I am contacting you as a last resort. I have been a member of the GCEPD since April 2018 and as an Individual who is Disabled and holds a degree in Engineering, I believe that I deserve the full protection of the ADA, when applying to a job.

I have approached multiple members of the Committee and despite their insistence that they are an EE Employer, they fail to realize that Individuals who become disabled can not be expected to have Equal Opportunity because they are disabled and things are not ideal.

Well over the last year, the committee has not meet and I feel it necessary to contact you.

As the ADA States an Individual who holds a degree in a field qualifies UTMOSTLY for a position, in that field and deserves an opportunity to try that job. I respectfully request that you Eric Smith, as the ADA Coordinator of the Office of Equal Opportunity and Diversity for a position at the CTDOT, that I recently applied #190509-199FS-001.

I look forward to your response.

Respectfully, Karl Mitchell

**Smith, Eric D. (EEO)**

| | |
|---|---|
| **From:** | Smith, Eric D. |
| **Sent:** | Friday, May 24, 2019 12:13 PM |
| **To:** | 'Karl Mitchell' |
| **Subject:** | RE: Failure to comply with ADA! |

Good morning Mr. Mitchell,
I was doing a little research before responding.  I see that the CT Careers Trainee position you applied to,  #190509-1993FS-001, just closed on May 17th.  I spoke to Jennifer Brame in Human Resources and the process especially with the new JobAps online system takes time, especially when there are a lot of applicants.  I will monitor this as our office of equal opportunity and diversity seeks to make sure persons with disabilities and other protected groups are included and given opportunities to compete for positions.  If you would like to discuss further, please give me a call at my number below.

Have a nice weekend,
Eric

Eric D. Smith
Equal Employment Opportunity Director
Office of Equal Opportunity & Diversity
CT Department of Transportation
2800 Berlin Turnpike
Newington, CT 06331
Tel. (860) 594-2211
Fax: (860) 594-3060

-----Original Message-----
From: Karl Mitchell <karlm79@icloud.com>
Sent: Tuesday, May 21, 2019 9:25 AM
To: Smith, Eric D. <Eric.D.Smith@ct.gov>
Subject: Failure to comply with ADA!

Eric Smith;
    Hello Sir, Thank you for reading my letter and I am sorry that it has come to this point.
My name is Karl Mitchell. I have been a member of GCEPD since April of last year and have unfortunately been disabled since 2000, my junior year in college. Despite me being an advocate and a person, who has been "active." Certain members of the CTDOT and CT Equality Office have refused to extend the ADA and it's protection, to me .
    I do not know, if it's ignorance, stupidity or laziness or down right discrimination, but as an individual who was nominated to the United States Air Force Academy, out of high school by Senator Dodd (D-CT) I feel that I should do everything I can before filing a Complaint with the EEOC.
            The facts are :
1) I am disabled
2) I have a BS in Engineering
3) I have a very spotty employment history.
4) I am a very active, dedicated, moral and logical person.

I respectfully ask that you make sure that the full coverage of the ADA be granted to me for a position, that I most recently applied Connecticut Careers Trainee ( Engineering and Related) (40 hour) #190509-1993FS-001. I will be waiting, your response.

Respectfully, Karl Mitchell

## Smith, Eric D.

| | |
|---|---|
| **From:** | Karl Mitchell <karlm79@icloud.com> |
| **Sent:** | Sunday, March 24, 2019 2:10 PM |
| **To:** | Smith, Eric D. |
| **Subject:** | Engineer Intern (35 Hour) / 180720-3389es-001 |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Eric Smith;

Hello, My name is Karl Mitchell, and I am desperately looking for a job and have been looking for an Engineering Job ever since I graduated in 2005. I interviewed for an Engineering position, with the CTDOT back in 2007 and didn't get an opportunity to perform the job. I recently applied to a Engineer Intern (35 Hour) / 180720-3389es-001 Position and desperately need your assistance in receiving an opportunity to perform the job. I am a CT resident, who was nominated to the United States Air Force Academy, out of high school by now retired Senator Christopher Dodd of CT.

When I was a junior in college , I was diagnosed with pilocytic astrosytoma and underwent surgery. It was during that surgery, that I lost my balance and was very lucky to survive. I didn't lose my ability to work or my character. I returned to college, got my BS in Engineering and believe that I truly deserve a position with CTDOT.

I understand that Connecticut services a big area and I do not drive. However, there is no reason that I can not take Uber or Lyft?

This is an intern position and I realize that I am not in College? However, Ever since I graduated I have not been given an opportunity to utilize my education do to restrictions or SSDI requirements. I am finally clear of SSDI and would like nothing more
Than to be given a chance at a job with the CTDOT. Would you help me secure a position?
Respectfully, Karl Mitchell

**Smith, Eric D. (EEO)**

| | |
|---|---|
| **From:** | Smith, Eric D. |
| **Sent:** | Monday, July 29, 2019 8:33 AM |
| **To:** | 'karlm79@icloud.com' |
| **Cc:** | Petzold, Mary A |
| **Subject:** | RE: Planner 1 Position |

Good morning Karl,
Last week was busy and I did not have a chance to return your call, but I will try to reach you later today. I cannot discuss the particulars of the interview, but I can share with you the role of our office in monitoring the recruitment process.

Best Regards,
Eric

Eric D. Smith
Equal Employment Opportunity Director
Office of Equal Opportunity & Diversity
CT Department of Transportation
2800 Berlin Turnpike
Newington, CT 06331
Tel. (860) 594-2211
Fax: (860) 594-3060

-----Original Message-----
From: karlm79@icloud.com <karlm79@icloud.com>
Sent: Sunday, July 28, 2019 12:14 PM
To: Smith, Eric D. <Eric.D.Smith@ct.gov>
Cc: Petzold, Mary A <Mary.Petzold@ct.gov>
Subject: Planner 1 Position

Eric
    I understand that the interview is over but I hope that before a final decision is made, you would allow me to get one point across specifically because I was totally blind sided with the requirement of a valid drivers license, which you advised that a reasonable accommodation was able to be made.
    Anyways, the CTDOT has a responsibility to represent all citizens of Connecticut and I am qualified for this position with a reasonable accommodation. Also, I represent a very small but vital percentage of the population. I believe that if I was employed with the CTDOT, then an oversight like the non-handicapped accessible commuter trains would not have happened. I can only hope that you consider this position before any decisions are made?
Respectfully,
Karl Mitchell

| STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION *Memorandum* | **subject:** State Application Process **date:** October 30, 2017 |
| --- | --- |
| **to:** All Employees | **from:** Vicki Arpin Agency Human Resources Administrator |

PERSONNEL MEMORANDUM NO. 92-4 (REISSUED FROM July 6, 2015)

Competitive classifications in Connecticut State Service require an application through the State JobAps system to determine your eligibility for appointment.

State jobs are posted on the Department of Administrative Services (DAS) JobAps website and also on the DOT Announcements page in Outlook. To apply for a job you must first have submitted a completed Master Application on the DAS JobAps website, which will then be used when applying for all job openings in the future.

Once the Master Application is completed, it can be attached to each job that you wish to apply for. In order to qualify for a job, you must meet the required general and special experience as well as any special requirements. Each job announcement contains the specific requirements for the classification and the deadline to apply.

Please Note: (1) To qualify, the required experience must have been the primary focus of your job; (2) time in part-time jobs will be prorated to its full-time (40 hours per week) equivalent; and (3) internships completed as part of an educational program will not be counted towards meeting the General or Special experience if your education is considered under the Substitutions Allowed.

Submitted applications are reviewed to ensure that applicants meet the experience and training and that all required materials are submitted. Applicants will be sent notifications, by the JobAps system, to their personal email regarding their application status. If you are denied, it is imperative that you follow any appeal instructions fully, accurately and promptly. Please contact your Human Resources liaison immediately if you have questions.

Questions regarding this policy or process should be directed to your Human Resources liaison, as applicable.

STATE OF CONNECTICUT

DEPARTMENT OF TRANSPORTATION

*Memorandum*

**subject:**   **Position Refill, Posting, Interview and Selection Process**

**date:**   November 2, 2017

**to:** All Employees

**from:**   Vicki Arpin
Agency Human Resources Administrator

---

PERSONNEL MEMORANDUM NO. 2005-4 (Revised).

This memo supersedes PM 2005-4, dated October 14, 2015, and replaces all previous versions of the attached forms referenced below.

When a position becomes vacant, the Manager of the unit discusses refill options and appropriate classification with Human Resources. Human Resources will enter the appropriate transaction in CORE-CT to request refill authorization. The request for refill and/or reclassification must include the position number, unit name and number, detailed justification for refill, identification of the job duties, table of organization demonstrating the unit reporting structure, date vacated and reason, how the work was performed previously, the previous incumbent, any special funding information and other information as may be required by the Department of Administrative Services or Office Policy and Management.

If the proposal is for reclassification of the position and incumbent, Human Resources will ensure that all the provisions required through DAS General Letter 226 are completed and included as necessary.

Once the request has been approved within the Department, it will be evaluated in accordance with any applicable criteria for seeking approval from DAS, OPM and the Governor's office. If approved, Human Resources will enter the necessary transaction in CORE-CT. Once the CORE transaction is approved for refill by DAS and OPM, Human Resources will work with the hiring manager/supervisor regarding the appropriate posting, interviewing and selection process in accordance with DOT HR'S Interview Panel Guidelines (Rev. 11/2017).

Human Resources will approve the selection report and forward to Affirmative Action, who will sign for receipt of the document, retain a photocopy and return the original to the HR Administrator.

If Affirmative Action requires further review of the selection, a meeting with the Manager and HR Liaison will be scheduled for clarification. This can be accomplished via phone, fax or in person. Should there continue to be concern over the selection, the HR Administrator and Director of Equal Opportunity will meet with the Bureau Chief for resolution.

After the approval of the selection report, Human Resources will conduct a background check. For new hires, this consists of verification of current/previous employment, and a public records search through the State Judicial website and Correction website. For internal promotions, the background check consists of a personnel file review and disciplinary history. After the background check has been completed, Human Resources will confirm approval of the position in CORE-CT and obtain final confirmation of the SEBAC/Reemployment obligations and DAS Certification prior to making any offer. Human Resources will notify the hiring Manager and make the offer to the selected candidate. The Hiring Manager will develop the PER-5 form.

Human Resources will coordinate the effective date and initiate a written confirmation letter. The confirmation letter should include an effective start date, title, salary, where and when to report, I-9 requirement notification, information on documentation or information that will be needed on the first day of employment and the Ethics confirmation. Where applicable, the offer will be conditional pending the results of a DMV background check, drug screening and physical exam.

**Job Duties Questionnaire**
**Essential Job Functions Form**
**Interview Selection Report Form**
**Maintenance Interview Form (New Hire/Inter Agency)**
**Maintenance Interview Form (Intra Agency)**

## GUIDELINES FOR INTERVIEW SCHEDULING AND SELECTION (Revised 11/2017)

### Human Resources Role:

1. Human Resources (HR) verifies refill authority.
2. HR reviews SEBAC/RM requirements. At any point in the recruitment process a SEBAC/RM candidate may be identified who has greater rights to a position and therefore will take precedence over any selection process.
3. HR reviews the essential functions of the job and any specific selection criteria for the position with the hiring manager to determine appropriate posting information.
4. HR will work with the DAS liaison to develop a recruitment plan and initiate the JobAps process for posting and recruitment.
5. HR will complete the following action steps in JobAps:
   a) Send notification to all candidates regarding their candidate status.
   b) Work with the hiring manager to determine any necessary clarifying or supplemental questions that will assist in identifying the appropriate interview pool ensuring that selection for interview is done without discriminating against any particular race/sex group.
   c) Enter the interview scheduling times for candidate responses.
   d) Enter ongoing candidate status changes as the interview/selection process unfolds.
6. The Interview Panel Lead will review Personnel Memorandum 2005-4, the Interview Selection Report, "Determining the Best Qualified Candidate for the Position" and these Guidelines with each panel member, as well as the most current goals from the Department Affirmative Action Plan.
7. HR will ensure all candidates identified for interview are eligible and meet any posted, job specification or contractual criteria for eligibility.

### Interview Panel Role:

1. There should be a lead interview panel member who coordinates and implements these guidelines. Typically, the lead panel member is the hiring manager. The panel should consist of at least 2 people and diversity in the panel members is preferred when possible. The lead panel member notifies HR of the panel members.
2. The lead panel member will coordinate development of the opening statement, ground rules for the interview, interview questions and acceptable responses with HR. They may review the job specification and /or essential functions of the job to develop questions. Interview questions should be "behavioral based" to the maximum extent possible but questions do not have to be exclusively "behavioral based". In behavioral interviews, the interviewer asks candidates to recall specific instances where they were faced with a set of circumstances, and how they reacted. Typical behavioral interview questions are:

   a) "Tell me about a project you worked on where the requirements changed midstream. What did you do?"
   b) "Tell me about a time when you took the lead on a project. What did you do?"
   c) "Describe a time you had to work with someone you didn't like."
   d) Tell me about a time when you had to stick by a decision you had made, even though it made you very unpopular."
   e) "Give us an example of something particularly innovative that you have done that made a difference in the workplace."
   f) "Have you ever witnessed a person doing something that you felt was against company policy? What did you do and why?"

3. The lead panel member will coordinate interview scheduling availability with the panel. HR will enter the interview time options into the JobAps system for candidate scheduling.

4. The lead interview panel member will notify Affirmative Action (AA) prior to scheduled dates for the interviews so that Affirmative Action can arrange to observe the interviews.

5. The panel members should review the appropriate labor contract, if applicable, and be familiar with any terms or conditions relevant to the selection process.

6. If the posting requires additional materials, such as performance appraisals, the panel members should determine how the additional materials will be considered in the selection decision.

7. The lead panel member will be responsible for reviewing application materials in the JobAps system and provide information to the panel members.

8. The interviews should be conducted in the same manner for every candidate. As best as can be accomplished, questions need to be asked by the same person and in the same order and same manner for each candidate. At the start of each interview, panel members should introduce themselves and read the prepared introduction statement to each candidate. Included with this introduction statement should be a statement that advises the candidates to answer each question to the best of their ability and to assume that none of the panel members know anything about them. When AA and HR representatives are sitting in to monitor/observe, they need to clearly introduce themselves as **not** being a part of the panel, but rather that they are there to monitor the process of the interview. They must also confirm they will not be evaluating the candidates nor having any input into the selection at all.

9. **Follow-up questions are permitted to clarify a response but <u>not</u> to lead the candidate.**
An example of an impermissible leading question would be to prompt a candidate who is struggling to provide an example of project management by saying, "How about your experience handling project X?" An example of a clarifying question would be to ask a candidate that just answered the question by saying they managed project X by saying, "Can you explain what you did on project X", or "What do you mean when you say you managed project X?" Both these questions are acceptable as they provide clarification for the interview panel to better evaluate the response in order to compare candidate qualifications. Interview panelists need to be sure that similar clarification questions are asked of all candidates who respond similarly.

10. If a time limit has been set for the interview, it should be stated and enforced.

11. If the panel chooses to provide written interview questions for the candidates to read during the interview, the questions must be similarly provided to all candidates. It will be the panel's responsibility to ensure that candidates do not remove the interview questions from the interview room and to collect any notes the candidate may have written to themselves about the question content. A candidate is able to bring materials to the interview that demonstrates a work product; however, the candidate **cannot** bring reference materials to use in responding to questions.

12. The final interview question should provide an opportunity for candidates to share any information that wasn't conveyed through their interview responses, for example, "Is there any additional information you would like to offer for consideration?" The panel may provide an opportunity for the candidate to ask questions which typically relate to the expected timeframe for a selection decision. Questions from the candidate regarding the selection criteria, comparison of candidates or the candidate's performance in the interview are inappropriate at the time of the interview.

13. The panel must inform candidates that they cannot share information regarding the interview questions and/or responses during the selection process.

14. Lead Panel Member provides candidates with Policy EX.0-26 "Employment of Relatives"; Governor Malloy's ethics letter and sign off; Guide to Code of Ethics; and Request for Information from Employer forms (external candidates). Completed forms are retained with the recruitment file.

15. Panel members should be writing down each candidate's actual response/answer to the questions to enable them to determine who is the most qualified. Panel members should not record a personal opinion about the responses; however, **known inaccuracies** or other **factual** comments related to the responses can and should be included with the interview notes and become part of

**After All Interviews Have Been Completed:**

*There should be NO discussion regarding any of the candidates until the end of all interviews and only AFTER each panel member has independently ranked the top candidate(s).*

1. At the conclusion of <u>all</u> interviews, the panel members should review their notes, the applications and any other materials of each candidate <u>independently</u> of the other panel members and identify their recommendations for the top candidate(s) in order of first, second or third choice (when possible) and in consideration of any terms and/or conditions (i.e., seniority) specified in the labor contract as appropriate.
2. If the selection is a lateral transfer, selected by seniority or governed by SEBAC/Reemployment or a collective bargaining agreement, it should be noted on the selection report.
3. Once the panel has independently identified their top choice(s), they then compare their selections with each other. If the panel is in agreement, there is little need for discussion; with the exception of preparing the narrative documentation for each of the interviewees.

If there is disagreement, then the panel will collaborate to reach a consensus of the top candidate(s).

**Preparing the Interview/Selection Report:**

1. The Lead Panel Member coordinates the completion of the Interview Selection Report (ISR) and ensures the comments on the ISR reflect the consensus regarding the candidates of the panel. All panel members sign the ISR prior to submitting to the HR liaison for review.
2. All applicants, whether or not interviewed, must be listed on the Interview Selection Report.
3. Avoid using words such as: "limited", "some", "excellent" when writing up the selection report without providing the facts to support their usage. Instead, explain the actual criteria utilized to make the judgment that the qualification is "limited" or "excellent", etc. The panel needs to be specific as to just what it is that makes the person "limited" or "excellent".
   > For example: "Limited knowledge of policy and procedure" is not acceptable while "Candidate had limited knowledge of policies in that he was able to identify the existence of a policy but not its specific contents or purpose" is acceptable OR "Limited ability to operate equipment" is not acceptable while "Candidate recently acquired CDL but has no relevant work experience driving" is acceptable.

**After Approval of the Interview/Selection Report:**

1. HR obtains SEBAC unit approval.
2. HR completes background checks as appropriate.
3. Job offers are made by the HR liaison.
4. Lead Panel Member gathers all panel member's notes and candidate application materials to be retained with the interview selection report in the recruitment file in HR. The interview panel should be prepared to provide feedback to candidates inquiring about their non-selection by giving examples of interviewing challenges and possible guidance for future interview activity. The panel members do not have to review each and every question and response with the candidate.
5. HR and the Lead Panel Member ensure the job posting, interview questions and acceptable responses, and other material related to the recruitment process are included in the recruitment file and retained by HR for record management.
6. After HR makes the job offer and it is accepted, HR sends letters to non-selected candidates

# Determining the Best Qualified Candidate for the Position



A Guide to assist you with the completion of
the Interview Selection Report

State of Connecticut
Department of Transportation
Office of Human Resources

# **Glossary of Terms**

1. **Applicant**- a job seeker looking for employment with the State of Connecticut Department of Transportation.

2. **Candidate**- an applicant for the job who is qualified and eligible to be appointed.

3. **EEOC**- Equal Employment Opportunity Commission, the Federal government enforcement agency that investigates discrimination complaints.

4. **CCHRO**- Connecticut Commission on Human Rights and Opportunities, the State enforcement agency that investigates discrimination complaints.

5. **Job Selection Criteria**- Elements utilized in selecting a candidate for an employment opportunity:

   - job description, skills and abilities that are necessary to meet the job requirements
   - background checks
   - oral interview
   - review of recent performance evaluations
   - educational requirements
   - certifications or licenses
   - years of experience (in operating specified equipment, trade or job field)
   - demonstrated ability to operate equipment or perform trade (successful completion of practicum)

State of Connecticut
Department of Transportation
Office of Human Resources

# The Interview Selection Report

The interview selection report identifies who is the best qualified candidate for the position and tracks all applicants through the selection process by identifying the step at which they were no longer considered a candidate for the employment opportunity.

In the selection process, if candidates are equal in all areas of consideration, the offer of appointment should be made to goal candidates.

The Office of Equal Opportunity and Diversity needs information from your interview report for preparation of the State and Federal Affirmative Action Plans for the Connecticut Department of Transportation.

## The Office of Human Resources may deny an applicant admission to the interview because the applicant:

- Does not meet the minimum job specification requirements. If so, state the requirement that has not been met.
- Lacks the required licenses, certifications, degrees, etc. If so, state the requirement that is lacking.
- Lacks work related experience based upon the job specification or identified essential functions of the job. If so, state specifically what work related experience is lacking.
- Has documented disciplinary and/or attendance history that eliminates them from the candidate pool.
- Does not have the required length of work related experience to meet the minimum criteria.
- Is not on a DAS certification list for competitive postings or not a lateral transfer.
- Submitted an incomplete application package.

State of Connecticut
Department of Transportation
## Office of Human Resources

- Is subject to collective bargaining agreement restrictions for eligibility and transfer. (ex., NP-2 contract- a request for lateral transfer will not be accepted when an employee received an employee-initiated transfer within the previous 12 month period of the posting date of the open position).

## Selection Criteria

When the Interview Selection Report is prepared, you must include selection criteria that led to the selection of the candidate.

The candidate's skills, education, work related experience, responses to the interview questions, performance evaluations, and references could be factors in the selection.

Explain in a clear and concise manner why you selected one individual over another with specific examples of what made them the best qualified or less/not qualified.

### *Seven major areas the Interview Selection Panel should consider in selecting a candidate:*

1. Job specification qualifications, including requirements for education, knowledge, skills, experience, and special requirements.
2. Recent performance evaluations.
3. Review of the application for the position.
4. Recent and documented attendance history.
5. Background checks and/or references.
6. Recent and documented disciplinary history.
7. Candidate's overall behavioral and technical responses in the

State of Connecticut
Department of Transportation
Office of Human Resources

# *Possible reasons an applicant or candidate is not selected for the employment opportunity:*

Compare the qualifications of each candidate with the identified non-discriminatory job selection criteria to determine the best qualified individual for the position. As you make this comparison, review and note the reason(s) a candidate was not selected:

- *Lacks work related experience established by the non-discriminatory job selection criteria.*
  Be specific.

- *Did not know answers to the interview question.*
  Interviewers' notes must state which questions were not properly answered or why the responses were deficient.

- *Has difficulty working with co-workers.*
  Must be based on documented Performance Evaluations or disciplinary actions.

- *Has attendance discipline.*
  Discipline for attendance that <u>does not include</u> FMLA or worker's compensation, must be documented, to include a "Medical Certificate Requirement" or documentation on Performance Evaluations.

- *Recent Performance Evaluations are less than satisfactory.*
  Identify, from the documentation, the less than satisfactory behavior(s).

- *Does not complete work assignments in a timely or accurate manner.*
  Must be based on documented Performance Evaluations or disciplinary actions.

State of Connecticut
Department of Transportation
## Office of Human Resources

- *A history of or recent disciplinary actions.*
  Must be based on documented Performance Evaluations or disciplinary actions.

- *Poor references.*
  Must be based on documentation.

- *Confrontational or challenging during the interview.*
  Behavior must be reflected in the interview notes.

- *Lacks interpersonal skills.*
  Provide examples that have been documented. Explain how the candidate's conduct, during the interview, demonstrated this and how that conduct was evaluated.

- *Does not have as much experience as the selected candidate in the following area(s).*
  State what areas of experience are lacking and specify the years of experience or candidate's level of proficiency compared to the selected candidate. (Be sure the experience of the ***selected*** candidate is clearly identified).

- *Lacks knowledge, experience, skills, certificates and/or degrees.*
  State specifically what is lacking.

- *Deficient skills defined by the employment opportunity posting and/or selection criteria.*
  State how this was determined.

- *Has difficulty receiving direction from his/her supervisor.*
  Must be based on documentation.

- *The collective bargaining unit agreement contains specific language regarding selection of the candidate.*
  State the contract language.

State of Connecticut
Department of Transportation
## Office of Human Resources

## <u>Candidate Selection Justifications</u>

Interview panel members must include identifiable or quantifiable reasons why a candidate is considered excellent or significant in their justifications for selection. CHRO expects the agency to give more attention "to the reasons why candidates for employment or promotion were or were not hired or promoted. Examples of phrases and adjectives that may be subjective are "outstanding", "significant", "well spoken", "less", "appropriate", "interpersonal skills", "communication skills", and "extreme confidence"."

## <u>Examples of acceptable/unacceptable language for documentation on Interview Selection Reports:</u>

| Acceptable | Unacceptable |
|---|---|
| Candidate has 2 years experience compared to 16 years of experience of the selected candidate. | Limited experience |
| Candidate experience has been primarily in a support capacity with no independent judgments or decision making. | Limited experience |
| Demonstrated good oral and written communication through public meetings, drafting correspondence relative to legislative proposals and assisting with writing a manual. | Demonstrated good communication |
| Candidate was unable to answer several questions and provided little detail regarding questions 1 & 7. | Limited knowledge |

State of Connecticut
Department of Transportation
## Office of Human Resources

Submit your Interview Selection Report to the Office of Human Resources in accordance with Personnel Memorandum 2005-4. Once approved, it will be forwarded to the Office of Equal Opportunity and Diversity for monitoring.

The Office of Human Resources and/or the Office of Equal Opportunity and Diversity are always available to provide technical assistance to all Bureaus regarding completion of the Interview Selection Report.



**CONNECTICUT DEPARTMENT OF TRANSPORTATION**

**POLICY STATEMENT**

POLICY NO. EX.O.-3
February 27, 2019

SUBJECT: Affirmative Action Policy

As the Commissioner of the Connecticut Department of Transportation (Department), I pledge my full support to the principles of equal employment opportunity and affirmative action. I assume full responsibility for insuring that all programs, employment, and promotional opportunities within the Department will be conducted in a non-discriminatory manner and consistent with the program goals and timetables established in our Affirmative Action Plan. I expect the full cooperation of every member of the Department in implementing this policy and in sharing in the responsibility of meeting our immediate and necessary agency objectives of affirmative action and equal employment opportunity.

Discrimination is embedded in our Nation's history. Unless consciously addressed, the present effects of past discriminatory practices will continue to exist. We recognize that to overcome past discrimination and achieve equal employment opportunity for everyone, there must be a specific program and action plan that addresses and measures our efforts and success. Federal and State equal employment opportunity and affirmative action laws have been enacted in response to this history of discrimination. In accordance with these applicable laws and regulations and as an essential part of our fundamental operating policy, we have developed an Affirmative Action Plan.

Affirmative action means positive action, undertaken with conviction and effort to overcome the present effects of past practices, policies or barriers to equal employment opportunity. Affirmative action to implement this policy shall apply to all aspects of the employer/employee relationship, including, but not limited to, advertising, recruitment, hiring, training, reclassification, promotion, benefits, compensation, discipline, termination, layoff, terms and conditions of employment. It is the policy of the Department to implement the principle of equal employment opportunity and affirmative action by providing employment and advancement opportunities solely on the basis of potential, ability, and job related skills. Successful achievement of Equal Employment Opportunity/Affirmative Action goals will provide benefits to the Department through fuller

Equal employment opportunity is employment without consideration of an individual's protected class status of age, ancestry, color, genetic information, learning disability, marital status, mental disability (past or present), intellectual disability, national origin, physical disability, race, religious creed, sex, pregnancy, sexual harassment, gender identity or expression, sexual orientation, veteran status, criminal record (in state employment or licensing) or previously opposed discrimination unless provisions of Connecticut General Statues §§ 46a-60(b),46a-80(b), or 46a-81(b) are controlling or there is a bona fide occupational qualification excluding individuals. Employees whose jobs bring them in contact with reproductive hazards are also protected under this policy statement.

Additionally, the Department recognizes that sexual harassment is a form of sex discrimination. Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct, which are used as a condition of employment and/or create an intimidating, hostile or offensive working environment is a violation of both State and federal equal opportunity laws.

It is the Department's policy that all employees, volunteers, contractors, subcontractors, vendors, visitors, parties, and others have a right to work and be in an environment free of discrimination, which encompasses freedom from sexual harassment. Sexual harassment undermines the integrity of the workplace and the personal dignity of the individual and will not be tolerated.

The Department has established a separate comprehensive Sexual Harassment Prevention Policy and Reporting Procedure.

We also recognize the hiring difficulties experienced by individuals with disabilities and by many older persons. In order to ensure the full and fair utilization of these persons in our workforce, we will set program goals for action as necessary.

The Department's Office of Equal Opportunity and Diversity will continue to use viable affirmative action measures in all stages of the employment process in accordance with Chapter X (46a-68-87) of its Affirmative Action Plan.

As Commissioner, I pledge that services and programs of this agency will be provided in a fair and impartial manner consistent with affirmative action. All education and training programs conducted by this agency will be open to qualified persons. Each contractor, supplier, union, or other cooperative agency with which we do business shall support this policy by complying with applicable State and federal equal opportunity laws, regulations, guidelines, and executive orders prohibiting discrimination. The Department shall not be a party to any agreement or contract, which has the effect of sanctioning discriminatory practices. I expect all supervisory personnel to adhere to this mandate by carrying out their affirmative action responsibilities, as set forth in this

plan, with the same vigor and effectiveness as all of their other responsibilities. In evaluation of all supervisors, performance of affirmative action responsibilities will be of prime consideration.

No employee shall be coerced, intimidated, or retaliated against by the agency or any person for performing any of the duties recited in this section. Any person so aggrieved may file a complaint with the Office of Equal Opportunity and Diversity, and/or with the Commission on Human Rights and Opportunities, provided that nothing herein shall preclude disciplining or discharging an employee for just cause. If you report an alleged incident of harassment or discrimination and believe that you are being retaliated against as a result, you should report this to the Office of Equal Opportunity and Diversity. However, if you knowingly make a false accusation under the Equal Employment Opportunity/Affirmative Action Policy, you will be subject to appropriate disciplinary action up to and including termination.

Our policy is posted and distributed annually to all Department employees. All Department employees have the right to review and comment on the Department's Affirmative Action Plan. Copies of the Affirmative Action Plan are kept in the Office of Equal Opportunity and Diversity and the Department's Office of Human Resources. Mr. Eric Smith, Equal Employment Opportunity Director, has been assigned affirmative action responsibilities. He can be reached at (860) 594-2211. The office is located at the Department of Transportation, 2800 Berlin Turnpike, Newington, Connecticut.

(This Policy Statement supersedes Policy Statement No. EX.O.-3 dated February 6, 2017)

Joseph J. Giulietti
Commissioner



# CONNECTICUT DEPARTMENT OF TRANSPORTATION
## POLICY STATEMENT

POLICY NO. EX.O.-17
February 27, 2019

SUBJECT: Americans with Disabilities Policy

It is the policy of the Connecticut Department of Transportation (Department) not to discriminate against qualified individuals with disabilities in any of its employment practices, programs, services, or activities, and, accordingly, to comply with the Americans with Disabilities Act (ADA) of 1990, as amended, and Connecticut General Statutes § 46a-60.

Under the ADA, an individual with a disability is any person who (1) has a physical or mental impairment that substantially limits one or more major life activities; (2) has a record of such impairment; or (3) is regarded as having such impairment.

Reasonable Accommodations

The Department will reasonably accommodate the known physical or mental limitations of an otherwise qualified individual with a disability, unless the accommodation would impose an undue burden. The Department will make every reasonable effort to determine and provide the appropriate reasonable accommodation to a qualified individual upon request. The Department, in its discretion, may require the individual to provide additional information about his or her disability or limitations and the need for an accommodation. The ADA does not require the Department to take any action that would fundamentally alter the nature of its programs or services, or impose an undue financial or administrative burden.

Reasonable Accommodation Process

1. If a qualified applicant or employee wants to request an accommodation, adjustment or change at work for a reason related to disability (taken together, "accommodation"), the employee or his or her representative (e.g., family member, friend, or health professional acting on behalf of the employee) must inform the employee's Supervisor, Manager or the Human Resources Administrator. To request an accommodation, the employee may use "plain English" and need not mention the ADA or use the phrase "reasonable accommodation". The employee need not disclose the medical condition to the Supervisor or Manager when requesting an accommodation; however, the medical condition is to be disclosed to the Office of Human Resources at the appropriate stage of the requesting process. Once aware of a situation that may be the result of a medical condition that could qualify under ADA, the Supervisor, Manager, or Human Resources Administrator should present the employee with a copy of the Department's ADA Policy and Request for Accommodation Form to initiate the formal process.

2.  The request for an accommodation triggers the start of what is known as the "interactive process" between the qualified employee and the Department. The interactive process is informal, with the employee and the Department acting in good faith, to identify the precise limitations resulting from the disability and potential reasonable accommodations that could overcome those limitations.

3.  Any qualified employee or his or her representative may request a reasonable accommodation for such employee with a disability by completing the form entitled "Employee Request for Accommodation Under the Americans with Disabilities Act and the Connecticut General Statutes" (Form) (see attached), along with a copy of the job specification for the position for which the employee is seeking accommodation.

4.  Submission of the Form to the Employee's Supervisor or Manager initiates a review by the Supervisor or Manager of the essential functions of the job to determine the operational impact, if any, of the request. The Supervisor or Manager may discuss the request with the employee to clarify what is being requested and needed. The employee does not have to disclose confidential medical information to the Supervisor or Manager. The Manager should also confer with the Office of Human Resources regarding the reasonableness of the accommodation request. The Supervisor or Manager will complete the operational impact statement section and forward the form to the Director of Human Resources. The Human Resources designee will contact the employee to continue the interactive process and ask the employee to complete the top section of the second page of the Form, provide associated medical certification, propose any accommodation and provide any cost estimates, etc.

5.  The Human Resources Administrator will review the Form, the attachments and information from the interactive process discussions to make the decision to approve or deny the request on behalf of the Department. In the event of a denial, an appeal of the decision may be made, in writing, to the Office of Equal Opportunity and Diversity, P.O. Box 317546, 2800 Berlin Turnpike, Room 2225, Newington, CT 06131.

Qualified individuals with a disability who require an auxiliary aid or service for effective communication, or a modification of policies or procedures to participate in a program, service or activity, should contact the Human Resources Administrator at (860) 594-3100 for assistance in coordinating the requested accommodation.

Mr. Eric Smith, Equal Employment Opportunity Director, is responsible for all Department Affirmative Action activities and investigations of discrimination complaints pursuant to the federal and State laws listed in the Affirmative Action Policy Statement. The Department's Affirmative Action Discrimination Complaint Procedure also applies to alleged violations of the ADA. You may reach Mr. Smith at the Office of Equal Opportunity and Diversity (OEOD) by phone at (860) 594-2211 or by fax at (860) 594-3060. The email address is eric.d.smith@ct.gov, and the mailing address is Connecticut Department of Transportation, P.O. Box 317546, 2800 Berlin Turnpike, Newington, CT 06131. The Department's Internal Complaint Procedure does not preclude the filing of a complaint with the Connecticut Commission of Human Rights and Opportunities or the Equal Employment Opportunity Commission within 180 days of the alleged act of discrimination. Any individual requiring an alternative format for filing a complaint should contact the OEOD.

The Department is committed to equal opportunity for qualified persons with disabilities and their right to participate in the mainstream of American life. All managerial and supervisory personnel are expected to demonstrate this commitment in the discharge of their duties and responsibilities under the law.

**NO RETALIATION**

Any employee or applicant that exercises his or her rights under the ADA or § 46a-60 of the Connecticut General Statutes will not be subjected to retaliation, coercion, intimidation, threats or harassment. Any employee who feels he or she is being retaliated against for exercising his or her rights under this policy should contact Mr. Eric Smith at (860) 594-2211 for resolution or investigation of the matter.

(This Policy Statement supersedes Policy Statement No. EX.O.-17 dated December 27, 2016)

Joseph J. Giulietti
Commissioner

Attachment

REQUEST FOR ACCOMMODATION UNDER THE AMERICANS
WITH DISABILITIES ACT AND
THE CONNECTICUT GENERAL STATUTES

Employee Name (Print): _____

Position Title: _____

Work Location: _____

Hours of Work: _____

## PLEASE COMPLETE THE FOLLOWING AND SUBMIT IT TO YOUR WORK LOCATION MANAGER FOR REVIEW:

In order to consider your request, please provide a complete written explanation of the type of accommodation you are requesting in order to perform the essential functions of the above position and how the accommodation will enable you to perform those functions.  You are NOT required to disclose your medical condition or nature of your disability to your Supervisor or Manager.

_____
_____
_____
_____
_____

Employee Signature: _____  Date: _____

## REVIEWED BY MANAGER

Manager signature:_____  Date: _____

Print Name:  _____

Indicate operational impact, if any:

_____
_____
_____
_____

MANAGER WILL SUBMIT THE FORM TO THE HUMAN RESOURCES LIAISON.  EMPLOYEE
WILL BE REQUIRED TO COMPLETE THE NEXT SECTION AND PROVIDE THE

Describe how your condition, without an accommodation, limits your ability to perform the essential functions of your job. Be as specific as possible.

_____
_____
_____
_____

Describe how your condition affects your ability to perform a major life activity(ies). Major life activities are: seeing, hearing, breathing, walking, smelling, caring for yourself, thinking, working, performing manual tasks, eating, sleeping, standing, lifting, bending, speaking, reading, concentrating, or communicating.

_____
_____
_____

Employee signature: _____     Date: _____

Print Name: _____

**APPROVED:**

Human Resources Administrator: _____     Date: _____
                                                SIGNATURE

Print Name: _____

Comments:

_____
_____
_____

**DENIED:**

Human Resources Administrator: _____     Date: _____
                                                SIGNATURE

Print Name: _____

Comments:

_____
_____
_____

If **DENIED,** employee has the right to appeal the decision to the Office of Equal Opportunity and Diversity, P.O. Box 317546, 2800 Berlin Turnpike, Newington, CT 06131. (Phone: (860) 594-2211). The appeal must be submitted in writing within 10 working days of the denial along with a copy of this denial form.

P-4 FS 40 Hour Pay Plan Effective 07/01/2019

| Plan | Group | Period | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|------|-------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| FS | 11 | Annual | $40,472.00 | $41,704.00 | $42,945.00 | $44,175.00 | $45,447.00 | $46,737.00 | $48,038.00 | $49,244.00 |
|    |    | Bi-Wk | $1,550.66 | $1,597.86 | $1,645.41 | $1,692.53 | $1,741.27 | $1,790.69 | $1,840.54 | $1,886.75 |
|    |    | Daily | $155.07 | $159.79 | $164.55 | $169.26 | $174.13 | $179.07 | $184.06 | $188.68 |
|    |    | Hourly | $19.39 | $19.98 | $20.57 | $21.16 | $21.77 | $22.39 | $23.01 | $23.59 |
| FS | 12 | Annual | $41,784.00 | $43,078.00 | $44,355.00 | $45,689.00 | $47,028.00 | $48,384.00 | $49,724.00 | $50,967.00 |
|    |    | Bi-Wk | $1,600.92 | $1,650.50 | $1,699.43 | $1,750.54 | $1,801.84 | $1,853.80 | $1,905.14 | $1,952.76 |
|    |    | Daily | $160.10 | $165.05 | $169.95 | $175.06 | $180.19 | $185.38 | $190.52 | $195.28 |
|    |    | Hourly | $20.02 | $20.64 | $21.25 | $21.89 | $22.53 | $23.18 | $23.82 | $24.41 |
| FS | 13 | Annual | $44,139.00 | $45,773.00 | $47,417.00 | $49,052.00 | $50,702.00 | $52,337.00 | $53,990.00 | $55,341.00 |
|    |    | Bi-Wk | $1,691.15 | $1,753.76 | $1,816.75 | $1,879.39 | $1,942.61 | $2,005.25 | $2,068.59 | $2,120.35 |
|    |    | Daily | $169.12 | $175.38 | $181.68 | $187.94 | $194.27 | $200.53 | $206.86 | $212.04 |
|    |    | Hourly | $21.14 | $21.93 | $22.71 | $23.50 | $24.29 | $25.07 | $25.86 | $26.51 |
| FS | 14 | Annual | $46,205.00 | $47,908.00 | $49,603.00 | $51,301.00 | $52,996.00 | $54,693.00 | $56,386.00 | $57,801.00 |
|    |    | Bi-Wk | $1,770.31 | $1,835.56 | $1,900.50 | $1,965.56 | $2,030.50 | $2,095.52 | $2,160.39 | $2,214.60 |
|    |    | Daily | $177.04 | $183.56 | $190.05 | $196.56 | $203.05 | $209.56 | $216.04 | $221.46 |
|    |    | Hourly | $22.13 | $22.95 | $23.76 | $24.57 | $25.39 | $26.20 | $27.01 | $27.69 |
| FS | 15 | Annual | $48,427.00 | $50,171.00 | $51,917.00 | $53,661.00 | $55,410.00 | $57,170.00 | $58,908.00 | $60,384.00 |
|    |    | Bi-Wk | $1,855.45 | $1,922.27 | $1,989.16 | $2,055.98 | $2,122.99 | $2,190.43 | $2,257.02 | $2,313.57 |
|    |    | Daily | $185.55 | $192.23 | $198.92 | $205.60 | $212.30 | $219.05 | $225.71 | $231.36 |
|    |    | Hourly | $23.20 | $24.03 | $24.87 | $25.70 | $26.54 | $27.39 | $28.22 | $28.92 |
| FS | 16 | Annual | $50,782.00 | $52,583.00 | $54,381.00 | $56,179.00 | $57,976.00 | $59,782.00 | $61,577.00 | $63,116.00 |
|    |    | Bi-Wk | $1,945.68 | $2,014.68 | $2,083.57 | $2,152.46 | $2,221.31 | $2,290.50 | $2,359.28 | $2,418.24 |
|    |    | Daily | $194.57 | $201.47 | $208.36 | $215.25 | $222.14 | $229.05 | $235.93 | $241.83 |
|    |    | Hourly | $24.33 | $25.19 | $26.05 | $26.91 | $27.77 | $28.64 | $29.50 | $30.23 |
| FS | 17 | Annual | $53,296.00 | $55,148.00 | $57,005.00 | $58,852.00 | $60,704.00 | $62,549.00 | $64,400.00 | $66,010.00 |
|    |    | Bi-Wk | $2,042.00 | $2,112.96 | $2,184.10 | $2,254.87 | $2,325.83 | $2,396.52 | $2,467.44 | $2,529.12 |
|    |    | Daily | $204.20 | $211.30 | $218.41 | $225.49 | $232.59 | $239.66 | $246.75 | $252.92 |
|    |    | Hourly | $25.53 | $26.42 | $27.31 | $28.19 | $29.08 | $29.96 | $30.85 | $31.62 |
| FS | 18 | Annual | $55,985.00 | $57,886.00 | $59,782.00 | $61,683.00 | $63,571.00 | $65,468.00 | $67,362.00 | $69,053.00 |
|    |    | Bi-Wk | $2,145.02 | $2,217.86 | $2,290.50 | $2,363.34 | $2,435.68 | $2,508.36 | $2,580.92 | $2,645.71 |
|    |    | Daily | $214.51 | $221.79 | $229.05 | $236.34 | $243.57 | $250.84 | $258.10 | $264.58 |
|    |    | Hourly | $26.82 | $27.73 | $28.64 | $29.55 | $30.45 | $31.36 | $32.27 | $33.08 |

**P-4 FS 40 Hour Pay Plan Effective 07/01/2019**

| Plan | Group | Period | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|------|-------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| FS | 19 | Annual | $58,742.00 | $60,704.00 | $62,652.00 | $64,609.00 | $66,555.00 | $68,506.00 | $70,456.00 | $72,218. |
| | | Bi-Wk | $2,250.66 | $2,325.83 | $2,400.46 | $2,475.45 | $2,550.77 | $2,624.76 | $2,699.47 | $2,766. |
| | | Daily | $225.07 | $232.59 | $240.05 | $247.55 | $255.00 | $262.48 | $269.95 | $276. |
| | | Hourly | $28.14 | $29.08 | $30.01 | $30.95 | $31.88 | $32.81 | $33.75 | $34. |
| FS | 20 | Annual | $61,738.00 | $63,737.00 | $65,734.00 | $67,730.00 | $69,726.00 | $71,723.00 | $73,721.00 | $75,569. |
| | | Bi-Wk | $2,365.45 | $2,442.04 | $2,518.55 | $2,595.02 | $2,671.50 | $2,748.01 | $2,824.56 | $2,895. |
| | | Daily | $236.55 | $244.21 | $251.86 | $259.51 | $267.15 | $274.81 | $282.46 | $289. |
| | | Hourly | $29.57 | $30.53 | $31.49 | $32.44 | $33.40 | $34.36 | $35.31 | $36. |
| FS | 21 | Annual | $64,778.00 | $66,839.00 | $68,888.00 | $70,940.00 | $73,001.00 | $75,049.00 | $77,111.00 | $79,040. |
| | | Bi-Wk | $2,481.92 | $2,560.89 | $2,639.39 | $2,718.01 | $2,796.98 | $2,875.45 | $2,954.45 | $3,028. |
| | | Daily | $248.20 | $256.09 | $263.94 | $271.81 | $279.70 | $287.55 | $295.45 | $302. |
| | | Hourly | $31.03 | $32.02 | $33.00 | $33.98 | $34.97 | $35.95 | $36.94 | $37. |
| FS | 22 | Annual | $66,555.00 | $68,989.00 | $71,434.00 | $73,866.00 | $76,308.00 | $78,744.00 | $81,182.00 | $83,208. |
| | | Bi-Wk | $2,550.00 | $2,643.26 | $2,736.94 | $2,830.12 | $2,923.68 | $3,017.02 | $3,110.43 | $3,188. |
| | | Daily | $255.00 | $264.33 | $273.70 | $283.02 | $292.37 | $301.71 | $311.05 | $318. |
| | | Hourly | $31.88 | $33.05 | $34.22 | $35.38 | $36.55 | $37.72 | $38.89 | $39. |
| FS | 23 | Annual | $69,704.00 | $72,246.00 | $74,780.00 | $77,327.00 | $79,864.00 | $82,406.00 | $84,946.00 | $87,071. |
| | | Bi-Wk | $2,670.66 | $2,768.05 | $2,865.14 | $2,962.73 | $3,059.93 | $3,157.32 | $3,254.64 | $3,336. |
| | | Daily | $267.07 | $276.81 | $286.52 | $296.28 | $306.00 | $315.74 | $325.47 | $333. |
| | | Hourly | $33.39 | $34.61 | $35.82 | $37.04 | $38.25 | $39.47 | $40.69 | $41. |
| FS | 24 | Annual | $73,055.00 | $75,705.00 | $78,351.00 | $81,004.00 | $83,647.00 | $86,291.00 | $88,946.00 | $91,164. |
| | | Bi-Wk | $2,799.05 | $2,900.58 | $3,001.96 | $3,103.61 | $3,204.87 | $3,306.17 | $3,407.90 | $3,492. |
| | | Daily | $279.91 | $290.06 | $300.20 | $310.37 | $320.49 | $330.62 | $340.79 | $349. |
| | | Hourly | $34.99 | $36.26 | $37.53 | $38.80 | $40.07 | $41.33 | $42.60 | $43. |
| FS | 25 | Annual | $76,628.00 | $79,375.00 | $82,109.00 | $84,854.00 | $87,610.00 | $90,355.00 | $93,094.00 | $95,420. |
| | | Bi-Wk | $2,935.94 | $3,041.19 | $3,145.94 | $3,251.12 | $3,356.71 | $3,461.88 | $3,566.82 | $3,655. |
| | | Daily | $293.60 | $304.12 | $314.60 | $325.12 | $335.68 | $346.19 | $356.69 | $365. |
| | | Hourly | $36.70 | $38.02 | $39.33 | $40.64 | $41.96 | $43.28 | $44.59 | $45. |
| FS | 26 | Annual | $80,401.00 | $83,246.00 | $86,100.00 | $88,946.00 | $91,787.00 | $94,637.00 | $97,476.00 | $99,915. |
| | | Bi-Wk | $3,080.50 | $3,189.51 | $3,298.86 | $3,407.90 | $3,516.75 | $3,625.94 | $3,734.72 | $3,828. |
| | | Daily | $308.05 | $318.96 | $329.89 | $340.79 | $351.68 | $362.60 | $373.48 | $382. |
| | | Hourly | $38.51 | $39.87 | $41.24 | $42.60 | $43.96 | $45.33 | $46.69 | $47. |

**P-4 FS 40 Hour Pay Plan Effective 07/01/2019**

| Plan | Group | Period | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 |
|------|-------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| FS | 27 | Annual | $84,385.00 | $87,337.00 | $90,286.00 | $93,221.00 | $96,170.00 | $99,115.00 | $102,065.00 | $104,620.0 |
| | | Bi-Wk | $3,233.15 | $3,346.25 | $3,459.24 | $3,571.69 | $3,684.68 | $3,797.51 | $3,910.54 | $4,008.4 |
| | | Daily | $323.32 | $334.63 | $345.93 | $357.17 | $368.47 | $379.76 | $391.06 | $400.8 |
| | | Hourly | $40.42 | $41.83 | $43.25 | $44.65 | $46.06 | $47.47 | $48.89 | $50.1 |
| FS | 28 | Annual | $88,651.00 | $91,698.00 | $94,750.00 | $97,803.00 | $100,841.00 | $103,889.00 | $106,938.00 | $109,605.0 |
| | | Bi-Wk | $3,396.60 | $3,513.34 | $3,630.27 | $3,747.25 | $3,863.64 | $3,980.43 | $4,097.25 | $4,199.4 |
| | | Daily | $339.66 | $351.34 | $363.03 | $374.73 | $386.37 | $398.05 | $409.73 | $419.9 |
| | | Hourly | $42.46 | $43.92 | $45.38 | $46.85 | $48.30 | $49.76 | $51.22 | $52.5 |
| FS | 29 | Annual | $89,502.00 | $92,862.00 | $96,219.00 | $99,580.00 | $102,936.00 | $106,297.00 | $109,652.00 | $112,393.0 |
| | | Bi-Wk | $3,429.20 | $3,557.94 | $3,686.56 | $3,815.33 | $3,943.91 | $4,072.69 | $4,201.23 | $4,306.2 |
| | | Daily | $342.92 | $355.80 | $368.66 | $381.54 | $394.40 | $407.27 | $420.13 | $430.6 |
| | | Hourly | $42.87 | $44.48 | $46.09 | $47.70 | $49.30 | $50.91 | $52.52 | $53.8 |
| FS | 30 | Annual | $93,094.00 | $96,550.00 | $100,015.00 | $103,461.00 | $106,910.00 | $110,371.00 | $113,836.00 | $116,679.0 |
| | | Bi-Wk | $3,566.82 | $3,699.24 | $3,832.00 | $3,964.03 | $4,096.17 | $4,228.78 | $4,361.54 | $4,470.4 |
| | | Daily | $356.69 | $369.93 | $383.20 | $396.41 | $409.62 | $422.88 | $436.16 | $447.0 |
| | | Hourly | $44.59 | $46.25 | $47.90 | $49.56 | $51.21 | $52.86 | $54.52 | $55.8 |
| FS | 31 | Annual | $96,830.00 | $100,389.00 | $103,951.00 | $107,503.00 | $111,063.00 | $114,620.00 | $118,180.00 | $121,132.0 |
| | | Bi-Wk | $3,709.97 | $3,846.33 | $3,982.80 | $4,118.89 | $4,255.29 | $4,391.58 | $4,527.97 | $4,641.0 |
| | | Daily | $371.00 | $384.64 | $398.28 | $411.89 | $425.53 | $439.16 | $452.80 | $464.1 |
| | | Hourly | $46.38 | $48.08 | $49.79 | $51.49 | $53.20 | $54.90 | $56.60 | $58.0 |
| FS | 32 | Annual | $100,712.00 | $104,365.00 | $108,017.00 | $111,678.00 | $115,334.00 | $118,992.00 | $122,654.00 | $125,722.0 |
| | | Bi-Wk | $3,858.70 | $3,998.66 | $4,138.59 | $4,278.86 | $4,418.93 | $4,559.09 | $4,699.92 | $4,816.9 |
| | | Daily | $385.87 | $399.87 | $413.86 | $427.89 | $441.90 | $455.91 | $469.94 | $481.7 |
| | | Hourly | $48.24 | $49.99 | $51.74 | $53.49 | $55.24 | $56.99 | $58.75 | $60.2 |
| FS | 33 | Annual | $104,765.00 | $108,522.00 | $112,279.00 | $116,036.00 | $119,799.00 | $123,554.00 | $127,321.00 | $130,509.0 |
| | | Bi-Wk | $4,013.99 | $4,157.94 | $4,301.88 | $4,445.83 | $4,590.00 | $4,733.87 | $4,878.20 | $5,000.3 |
| | | Daily | $401.40 | $415.80 | $430.19 | $444.59 | $459.00 | $473.39 | $487.82 | $500.0 |
| | | Hourly | $50.18 | $51.98 | $53.78 | $55.58 | $57.38 | $59.18 | $60.98 | $62.5 |
| FS | 34 | Annual | $109,077.00 | $112,939.00 | $116,801.00 | $120,663.00 | $124,522.00 | $128,385.00 | $132,238.00 | $135,547.0 |
| | | Bi-Wk | $4,179.20 | $4,327.17 | $4,475.14 | $4,623.11 | $4,770.96 | $4,918.97 | $5,066.60 | $5,193.3 |
| | | Daily | $417.92 | $432.72 | $447.52 | $462.32 | $477.10 | $491.90 | $506.66 | $519.3 |
| | | Hourly | $52.24 | $54.09 | $55.94 | $57.79 | $59.64 | $61.49 | $63.34 | $64.9 |